**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01030-CV

## RESIDENCES AT RIVERDALE, L.P., ET AL., Appellants

## V.

## DIXIE CARPET INSTALLATIONS, INC., Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04903-2012**

## ORDER

We **GRANT** the November 3, 2015 motion of court reporter LaTresta Ginyard for an extension of time to file the reporter's record. The reporter's record shall be filed **WITHIN THIRTY DAYS** of the date of this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE